**PRISONER CASE**

CHb

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

| | |
|---|---|
| **Plaintiff(s):** United States of America ex rel. RANDY WALKER | **Defendant(s):** YOLANDE JOHNSON, etc. |
| **County of Residence:** WARREN | **County of Residence:** |
| **Plaintiff's Address:**<br>Randy Walker<br>N-54451<br>Vienna - VNA<br>6695 State Route 146 East<br>Vienna, IL 62995 | **Defendant's Attorney:**<br>Chief of Criminal Appeals<br>Illinois Attorney General's Office<br>100 West Randolph - 12th Floor<br>Chicago, IL 60601 |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** A.E. Wodham   **Date:** 05/27/2008

FILED
MAY 27 2008 TC
May 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV3052
JUDGE ZAGEL
MAGISTRATE JUDGE KEYS