| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) B Binkley  C. Date of Delivery 6-20-08<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Randy Walker<br>N-54451<br>Vienna - VNA<br>6695 State Route 146<br>Vienna, IL 62995<br><br>08cv 3052 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0001 7313 2821 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

FILED

JUN 2 4 2008 TC
6-24-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES POSTAL SERVICE SAINT LOUIS MO 631
21 JUN 08 PM 07

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Clerk's Office
USDC NDIL
219 S. Dearborn
Chicago, IL 60604

RECEIVED
JUN 2 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT