UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

JUDGE JAMES B. ZAGEL
CASE # 08C3052
CASE TITLE (08cv3052)

**FILED**
JUN 27 2008
6-27-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

US EX REL. RANDY WALKER N54451
VS YULANDA JOHNSON

RANDY WALKER EXTREMELY LOW IQ AND MENTAL ILLNESS PREVENT HIM FROM MAKING A LEGAL RESPONSE TO THIS HONORABLE COURTS ORDER.

RANDY WALKERS SEVERE MENTAL ILLNESS WAS IGNORED BY THE STATE COURTS.

THIS HONORABLE FEDERAL COURT WILL FIND SEVERE NEGLIGENCE BY THE STATE OF ILLINOIS COURTS.

RANDY WALKER WAS ABUSED PHYSICALLY AND MENTALLY AND THESE FACTS WAS IGNORED.

THIS FEDERAL COURT CAN ASK ONE QUESTION TO THE (US ATTORNEY) IS THERE A SPECIAL INVESTIGATOR OF THE FBI BY THE NAME OF MIKE PETERS OUT OF THE TINLEY PARK OFFICE.

THE US ATTORNEY WILL CONFIRM TWO VISITS AND SEVERAL PHONE CALLS. THE ILLINOIS PUBLIC DEFENDERS OFFICE COVERED UP NEGLECT.

RANDY WALKER TOLD THE TRUTH. THE ILLINOIS COURTS WAS INTERESTED IN ELECTING MARSHA CYPINSKI AS A CIRCUIT COURT JUDGE.

RANDY WALKER BEGS THIS HONORABLE COURT FOR A ATTORNEY. ANY ATTORNEY WILL PROVE SEVERE NEGLECT AND MENTAL ANGUISH. WHO PROTECTS THE RIGHTS OF THE MENTALLY ILL. FOR THE LOVE OF GOD THE TRIAL ATTORNEY ANTHONY J BASSALLO WAS ON CRACK COCAINE.

PLEASE APPOINT A ATTORNEY FOR THIS CASE.

THANK-YOU
RESPECTFULLY SUBMITTED

Mr Randy Walker

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08C 3052**

Plaintiff(s)  MR. RANDY WALKER

Case Number: _____

V.

Defendant(s)  YOLANDO JOHNSON

Judge: __JUDGE ZAGEL__
MAGISTRATE JUDGE KEYS

## MOTION FOR APPOINTMENT OF COUNSEL

[**NOTE:** Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, __RANDY WALKER__, declare that I am the (check appropriate box)
   [ ] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[**NOTE:** This item *must* be completed]:

**RECEIVED**

MAY 27 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

   In further support of my motion, I declare that (check appropriate box):
   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

__Randy Walker__
Movant's Signature

__5/19/08__
Date

__PO Box 200__
Street Address

__Vienna ILL 62995__
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐