FILED
JUL 1 5 2008
Jul 15. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 3052

July-8-08

Mr. Michael Dobbins

This is Randy Walker. I wrote the Public Defender Office and they sent back this response to the Courts order. I only got 30 days so I could not get Copys." My state Pay dont come to the 16th of July. Please could you send me copys and a Notice of my Filing.

Thank-You
Very Much

Mr. Randy Walker

P.S. I'm doing the best I can