**FILED**
JUL 15 2008
Jul 15. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 3052

I RANDY WALKER ASK AND PRAY THIS HONORABLE COURT WILL APPOINT A ATTORNEY FOR MY CASE. THE DAY OF MY CONVICTION WAS A NIGHTMARE TO MYSELF. I BEGGED AND PLEADED WITH THE COURTS TO HELP ME. DURING MY DIRECT APPEAL WHILE I WAS IN LOGAN PRISON I TRIED TO KILL MYSELF BECAUSE MY APPELLATE ATTORNEY WOULD NOT CONTACT ME. I HAD THE FASTEST APPEAL IN THE STATE. I WAS AFRAID TO TAKE THE MEDICATION BECAUSE I WAS THE ONLY PERSON WHO WAS GOING TO PROTECT ME. I TOLD THAT COURT I WAS INVOLVED WITH THE CHAMPAIGN URBANA POLICE AS A (INFORMER) I HAD A C-1 NUMBER.

I ALSO TOLD THAT COURT THE FBI CAME TO SEE ME TWICE. THAT I SHARED SEVERAL PHONE CALLS WITH SPECIAL AGENT MIKE PETERS. I TOLD THAT COURT HOW I WAS PISTOL WHIPPED BEAT WITH BATS. NOBODY IN THAT COURTROOM DID NOTHING. THEY JUST LAUGHED AT ME. I KNOW WHAT PERJURY IS AND THIS IS THE TRUTH. HAVING A MENTAL ILLNESS IS HARD, PEOPLE ALWAYS THINK YOU MADE UP A "STORY" BUT I SUFFERED SO MUCH. I'M NOT STUPID, ONE PHONE CALL COULD HAVE PROVED OR DISPROVED MY STORY. BUT... THAT COURT DID NOT CARE AT ALL. I UNDERSTAND THE FEDERAL COURT IS A BUSY COURT,

AND I SWEAR WITH THE PENALTY OF PERJURY THAT A SERIOUS WILFUL NEGLECT OF MY CASE WAS DONE BY COURT OFFICIALS, THE BOTTOM LINE IS I WANTED TO DIE" I FELT USED AND ABUSED AND NOBODY WOULD LISTEN. PLEASE GIVE ME A VOICE. THEY SAID I WAS MENTALLY RETARDED, BUT I KNOW WHEN I FEEL PAIN, I WAS SHOT WITH GUNS AND BATS, SHOT AT" POLICE REPORTS WAS AVAILABLE. THAT EVIL COURT MADE ME SHOW MY SCARS AND BRUISES AS MY ONLY PROOF, ONLY SO MUCH CAN BE COVERED UP WITH MY MENTAL ILLNESS. ITS TIME TO SHOW THE FEDERAL COURT HOW THEY TREAT THE MENTALLY ILL, THE CHAMPAIGN URBANA POLICE DID NOT

CARE I WAS MENTALLY ILL. THEY DID NOT CARE I WAS SHOT AT, OR BEAT WITH BATS AND GUNS. THE FBI CAME TO SEE ME TWICE" TOOK OVER 10 COLLECT PHONE CALLS" NOBODY EVER CARED ABOUT THE DANGER TO ME, SO LETS COVER IT UP LIKE IT NEVER HAPPENED" THATS WHAT THEY DID, I SWEAR UNDER THE PENALTY OF PERJURY THIS IS TRUE.

NOBODY CAN DISPROVE NONE OF THIS.

Please Help me

Mr. Randy Walker