IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. RANDY WALKER, | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | No. 08 C 3052 |
| YOLANDE JOHNSON, Warden, | ) ) | The Honorable James B. Zagel, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

**To:**  Randy Walker, No. N54451
Vienna Correctional Center
6695 State Route 146
Vienna, Il. 62995

On Thursday, August 28, at 10:15 a.m., or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Judge James B. Zagel in Room 2503, or any judge sitting in his stead in the courtroom usually occupied by him, at 219 South Dearborn Street, Chicago, Illinois, and present the attached MOTION TO COMPEL.

        LISA MADIGAN
Attorney General of Illinois

By:    s/Russell K. Benton_____
       RUSSELL K. BENTON, Bar # 6203142
       100 West Randolph Street, 12th Floor
       Chicago, Illinois 60601-3218
       PHONE: (312) 814-2113
       FAX: (312) 814-5166
       E-MAIL: Rbenton@atg.state.il.us